IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VICKEY THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:24-cv-374 |
| | § | |
| SANDERSON FARMS, INC. (PROCESSING DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); AND SANDERSON FARMS, INC., | § § § § § | |
| | § | |
| Defendants. | § | |

DEFENDANTS SANDERSON FARMS, INC. (PRODUCTION DIVISION) AND
SANDERSON FARMS, INC. (PROCESSING DIVISION)'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE AND CLERK OF THE COURT:

COME NOW Defendants Sanderson Farms, Inc. (Production Division) and Sanderson Farms, Inc. (Processing Division) (collectively "Defendants") and file their Notice of Removal. As grounds for removal, Defendants respectfully show the Court as follows:

1. On May 31, 2024, an action was filed in the County Court at Law No. 3, McLennan County, Texas, styled "Vickey Thomas v. Sanderson Farms, Inc. (Production Division); Sanderson Farms, Inc. (Processing Division); and Sanderson Farms, Inc." as Cause No. 20240407CV3 (hereinafter referred to as the "State Court Action").

2. Defendant Sanderson Farms, Inc. (Production Division) was served with process on June 14, 2024. Defendant Sanderson Farms, Inc. (Processing Division) has not been served with process but has appeared in this case by filing an Answer in the State Court Action on July 11, 2024. Defendant Sanderson Farms, Inc. has not been served with process and has not appeared in

the State Court Action. Therefore, in accordance with 28 U.S.C. §1446(b)(1), this Notice of Removal is timely filed within 30 days after Defendant Sanderson Farms, Inc. (Production Division)'s receipt of Plaintiff's pleading setting forth the grounds upon which removal is based.

3. In Plaintiff's Original Petition, Plaintiff has asserted negligence claims against Defendants and is seeking monetary relief of not more than $250,000, which necessarily includes an amount exceeding $75,000. See Ex. C-1, Plaintiff's Original Petition.

4. Plaintiff resides in McLennan County, Texas and therefore is a citizen of the State of Texas for purposes of diversity jurisdiction.

5. At the time the State Court Action was filed on May 31, 2024, Defendant Sanderson Farms, Inc. (Production Division) was known as Sanderson Farms, LLC (Production Division), a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located in Oakwood, Georgia. At the time this Notice of Removal was filed on July 12, 2024, Sanderson Farms, LLC (Production Division) was known as Sanderson Farms, LLC, a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located in Oakwood, Georgia. Accordingly, Defendant Sanderson Farms, Inc. (Production Division) is not and was not a citizen of the State of Texas for purposes of diversity jurisdiction.

6. At the time the State Court Action was filed on May 31, 2024, Defendant Sanderson Farms, Inc. (Processing Division) was known as Sanderson Farms, LLC (Processing Division), a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located in Oakwood, Georgia. At the time this Notice of Removal was filed on July 12, 2024, Sanderson Farms, LLC (Processing Division) was known as Sanderson Farms, LLC, a limited liability company organized and existing under the laws of the State of

Delaware with its principal place of business located in Oakwood, Georgia. Accordingly, Defendant Sanderson Farms, Inc. (Processing Division) is not and was not a citizen of the State of Texas for purposes of diversity jurisdiction.

7. At the time the State Court Action was filed on May 31, 2024, and at the time this Notice of Removal was filed on July 12, 2024, Defendant Sanderson Farms, Inc., was known as Sanderson Farms, LLC, a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located in Oakwood, Georgia. Accordingly, Defendant Sanderson Farms, Inc. is not a citizen of the State of Texas for purposes of diversity jurisdiction.

8. Since this lawsuit is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(1). Therefore, the State Court Action may be removed in accordance with 28 U.S.C. §1441(b).

9. Under 28 U.S.C. § 1441(a), venue of a removed action is proper in the district and division embracing the place where the state court case is pending. Since the State Court Action is currently pending in the County Court at Law No. 3, McLennan County, Texas, removal to the United States District Court for the Western District of Texas, Waco Division, is proper.

10. In accordance with Local Rule CV-3(a) of the United States District Court for the Western District of Texas and 28 U.S.C. §1446(a), the following are appended as exhibits:

Exhibit A - an index of all state court documents that clearly identifies each document and indicates the date the document was filed in state court;

Exhibit B - a copy of the Register of Actions in the state court action;

Exhibit C - each document filed in the state court action, except discovery material; and

Exhibit D -   a separately signed disclosure statement that complies with Federal Rules of Civil Procedure 7.1.

Exhibit E -   Civil Coversheet (AO Form JS 44) and Supplement to Civil Coversheet

11.  As required by 28 U.S.C. §1446(d), Defendants will give written notice to Plaintiff of this Notice of Removal. A Notice of Removal to Federal Court, including a copy of this Notice of Removal and the exhibits appended hereto, will be filed with the County Clerk for the County Court at Law No. 3, McLennan County, Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants Sanderson Farms, Inc. (Production Division) and Sanderson Farms, Inc. (Processing Division) request that the Court assume full jurisdiction of this cause as if it had been originally filed in this Court, that further proceedings in the State Court Action be stayed, and for such other and further relief, at law or in equity, general or special, to which they may be justly entitled.

Respectfully submitted,

By: /s/ William O Ashcraft
William O Ashcraft, Esq.
State Bar No. 01372800

ASHCRAFT LAW FIRM
8105 Rasor Boulevard, Suite 257
Plano, Texas 75024
Telephone: (214) 987-0660
Facsimile: (936) 765-2583

ATTORNEYS FOR DEFENDANTS
SANDERSON FARMS, INC.
(PRODUCTION DIVISION), AND
SANDERSON FARMS, INC.
(PROCESSING DIVISION)

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing Defendants Sanderson Farms, Inc. (Production Division) and Sanderson Farms, Inc. (Processing Division)'s Notice of Removal was served via the electronic case filing system upon all counsel of record on the 12th day of July 2024 as follows:

Christopher L. King, Esq.
CALLAHAN & KING, PLLC
2624 Washington Ave.
Waco, TX 76710

                /s/ William O Ashcraft
                William O Ashcraft